UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Barbara Ann Haines,
    Plaintiff

      v.                                Case No. 08-cv-505-SM

N.H. Department of Health and
Human Services, Division for
Children, Youth and Families,
    Defendant

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 19, 2009, no objection having been filed for the reasons set forth therein.   Plaintiff's (third) Motion to Amend Complaint and Relief (doc. no. 7) is also denied.   Plaintiff's complaint is hereby dismissed.

    SO ORDERED.

May  11, 2009

                                              Steven J. McAuliffe
                                              Chief Judge

cc:    Barbara Haines, pro se